# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| LARRY RICK JOHNSON | : | NO.: 94-cr-0532-ALL |

## O R D E R

AND NOW, this **19**th day of **SEPTEMBER, 2017**, it is hereby

**ORDERED** that the above-captioned case is reassigned at random pursuant to Local Rule 50.1 of the Local Rules of Criminal Procedure from the calendar of the Honorable Thomas N. O'Neill, Jr., to the calendar of the Honorable Paul S. Diamond.

FOR THE COURT:

/s/   Lawrence F. Stengel
LAWRENCE F. STENGEL
Chief Judge